

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

Barbara Ann Dominey, Individually, and
as Trustee of the Dominey Exempt Bypass
Trust, the Dominey Non-Exempt Bypass
Trust, the Dominey 2012 Irrevocable Trust
f/b/o Elena Marquarita Dominey Langston,
Teresa Eddinger, and Allison Allen, co-
trustees of the Dominey Insurance Trust of
1993, and Estate of Samuel Dominey Jr.,

Appellants,

v.

Elena Marquarita Dominey Langston,
Florence Olivia Dominey Campbell, and
Matthew David Dominey, Beneficiaries of
the Dominey 2012 Irrevocable Trust, the
Dominey Exempt Bypass Trust, the
Dominey Non-Exempt Bypass Trust, and
the Dominey Insurance Trusts of 1993,

Appellees.

§

§

§

§

§

§

§

§

§

§

§

§

§

No. 08-21-00187-CV

Appeal from the

278th District Court

of Walker County, Texas

(TC# 2130121)

**O R D E R**

Pending before the Court is the Appellants' second unopposed motion for extension of deadline to mediate. The motion is GRANTED. The Court extends the deadline to complete mediation until June 1, 2022. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO MEDIATE THE CASE WILL BE CONSIDERED BY THIS COURT. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of October 25, 2021.

IT IS SO ORDERED this 2nd day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.